FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

04 AUG -4 AM 11:54

U.S. DISTRICT COURT
N D OF ALABAMA

| | |
|---|---|
| NGUYEN TOT VAN, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 04-G-1338-M |
| JOHN ASHCROFT, et al, | ) |
| Respondent(s). | ) |

ENTERED
AUG - 4 2004

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed as moot.[1] An appropriate order will be entered.

DONE, this 4th day of August, 2004.

J. FOY GUIN, JR.;
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The copy of the report and recommendation mailed to the petitioner at his last known address was returned to the court marked "Return to Sender, Attempted Not Known."